**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division

In Re:  Debtor(s)
**Donald Lee Dennis**
2900 Landrum Drive Apt 184
Atlanta, GA 30311

xxx−xx−8855

Case No.: **16−66854−crm**
Chapter:  **13**

### NOTICE TO CHAPTER 13 DEBTOR
### REGARDING DOMESTIC SUPPORT OBLIGATIONS

　　If you **now** have a domestic support obligation (an obligation to pay alimony, maintenance or support of your spouse, former spouse, child or parent of your child (see 11 U.S.C. § 101(14A) for further explanation)) or if during this case, a domestic support obligation is imposed upon you then, **in order to receive your discharge,** you must be current (up−to−date) on all the payments for your domestic support obligation that:(1) came due **before** you filed your bankruptcy petition and your Chapter 13 plan required you to pay, and (2) came due **after** you filed your bankruptcy petition. See 11 U.S.C. § 1328(a). Before you receive your discharge you will be required to certify under penalty of perjury that payments on your domestic support obligations are up−to−date by filing a ***Debtor's 11 U.S.C. § 1328 certificate.*** The Chapter 13 Trustee will provide a copy of this Certificate after you have completed all payments on your confirmed Plan. **IF YOU DO NOT FILE THIS CERTIFICATE YOU WILL NOT RECEIVE A DISCHARGE AND THE CASE WILL BE CLOSED.**

　　This Notice will be served upon Debtor and counsel for Debtor.

April 19, 2017
Date

M. Regina Thomas
Clerk of Court
U. S. Bankruptcy Court

Form 427

United States Bankruptcy Court
Northern District of Georgia

In re:  
Donald Lee Dennis  
     Debtor

Case No. 16-66854-crm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113E-9     User: dopsonp     Page 1 of 1     Date Rcvd: Apr 19, 2017  
                              Form ID: 427        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2017.  
db        +Donald Lee Dennis,   2900 Landrum Drive Apt 184,   Atlanta, GA 30311-4480  
aty      +Craig Z. Black,   The Semrad Law Firm, LLC,   Sterling Point II,   303 Perimeter Center North,   Suite 201,   Atlanta, GA 30346-3425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2017 at the address(es) listed below:  
         Craig Z. Black    on behalf of Debtor Donald Lee Dennis ganb.courtview@SLFCourtview.com  
         Jonathan A Proctor    on behalf of Debtor Donald Lee Dennis jproctor@semradlaw.com, ganb.courtview@slfcourtview.com  
         Maria C. Joyner    on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com  
         Nancy J. Whaley    ecf@njwtrustee.com  
                                                                                   TOTAL: 4