UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**REQUEST FOR CHANGE OF ADDRESS**

CASE NAME:  <u>DONALD LEE DENNIS</u>

CASE NO.  <u>16-66854</u>    JUDGE  <u>CAVENDER</u>    CHAPTER <u>13</u>

CHANGE FOR

DEBTOR  <u>X</u>        CREDITOR  _____    ATTORNEY  _____    (for) Debtor  _____
                                                                Creditor  _____

NOTE: (For Attorneys Only) IF MORE THAN ONE CASE, PLEASE ATTACH LIST.

EFFECTIVE DATE OF CHANGE:           <u>JULY 31, 2019</u>

BAR I.D. NUMBER:                         <u>762693</u>

NAME:                            <u>DONALD LEE DENNIS</u>

NEW ADDRESS:    <u>2423 MARTIN LUTHER KING DR APT 2309 ATLANTA, GA 30311</u>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAME:                            <u>DONALD LEE DENNIS</u>

OLD ADDRESS:    <u>2900 LANDRUM DRIVE APT 184 ATLANTA, GA 30311</u>

FURNISHED BY:                    <u>PHILIP LEHMAN</u>

DATE:                            <u>JULY 31, 2019</u>