**IT IS ORDERED as set forth below:**

**Date: April 21, 2021**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **DONALD LEE DENNIS** | : | **CASE NUMBER A16-66854-JWC** |
| **DEBTOR** | : | |

**CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS**

On April 6, 2021 at 10:10 a.m., the Trustee's Motion to Dismiss was scheduled for hearing before the Court. Based on review of the record, it appears to the Court that the Debtor through counsel agreed to a payment arrangement on a strict compliance basis. For cause shown, **IT IS HEREBY**

**ORDERED** that the Debtor shall resume monthly payments to the Chapter 13 Trustee immediately and shall make all future payments in a timely manner until the Chapter 13 Plan is completed. Debtor shall strictly comply with the terms of this Order, and **IT IS FURTHER**

**ORDERED** that should Debtor fail to make any payment due pursuant to the Plan on a timely basis for twelve (12) months following entry of this order, then the case shall be dismissed without further notice or hearing upon the receipt of the Chapter 13 Trustee's Supplemental Status Report requesting an Order of Dismissal.

The Clerk of the Court is directed to serve this Order on all parties included on the attached distribution list.

**END OF DOCUMENT**

| PREPARED BY: | CONSENTED BY: |
|---|---|
| ____/s/_____ | ____/s/_____ |
| Julie M. Anania, | Craig A. Cooper, |
| Attorney for Chapter 13 Trustee | Attorney for the Debtor |
| GA Bar No. 477064 | GA Bar No. 941033 |
| 303 Peachtree Center Ave., NE | The Semrad Law Firm, LLC |
| Suite 120 | Suite 300 |
| Atlanta, GA  30303 | 235 Peachtree Street NE |
| (678) 992-1201 | Atlanta, GA 30303 |
|  | *Signed by Julie M. Anania with express permission* |

**DISTRIBUTION LIST**

Case Number **A16-66854-JWC**

Donald Lee Dennis
2423 Martin Luther King Drive
APT 2309
Atlanta, GA 30311

The Semrad Law Firm, LLC
Suite 300
235 Peachtree Street NE
Atlanta, GA 30303

Nancy J. Whaley
303 Peachtree Center Ave., NE, Suite 120
Atlanta, GA  30303